IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ASHBY L. RICHERSON, JR., et al.,

    Plaintiffs,

v.

Civil Action No. 3:10cv888-HEH
(Removed from the Circuit Court for
Chesterfield County, Case No. CL10-1485)

U.S. BANK NATIONAL ASSOCIATION, et al.

    Defendants.

**DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") certifies that MERS is a wholly-owned subsidiary of MERSCORP, Inc., a privately held Delaware stock corporation.

                    Respectfully submitted,

                    Mortgage Electronic Registration Systems, Inc.
                    By Counsel

_____/s/_____
Alison Wickizer Toepp (VSB # 75564)
REED SMITH LLP
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, Virginia 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
atoepp@reedsmith.com

Richard D. Holzheimer, Jr. (VSB #40803)
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
rholzheimer@reedsmith.com

*Counsel for Defendants U.S. Bank, National Association, Home Loan Services, Inc. and Mortgage Electronic Registration Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2010, a true and correct copy of the foregoing was served by CM/ECF and/or first class mail, postage prepaid, on:

>Leonard A. Bennett, Esq.
>Robin A. Abbott, Esq.
>Gary L. Abbott, Esq.
>Consumer Litigation Associates, PC
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia 23606
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>rabbottlaw@msn.com
>
>Jason M. Krumbein, Esq.
>Krumbein Consumer Legal Services, Inc.
>1650 Willow Lawn Drive, Suite 300
>Richmond, Virginia 23230
>Telephone: (804) 673-4358
>*Counsel for Plaintiffs*
>
>Johnie R. Muncy, Esq.
>Friedman & MacFadyen, P.A.
>Surry Building, Suite 125
>1601 Rolling Hills Drive
>Richmond, Virginia
>Telephone: (804) 288-0088
>Facsimile: (804) 288-0052
>jmuncey@fmlaw.com
>*Of counsel for F&M Services, L.C., Friedman & MacFadyen,*
>   *P.A., and Johnie R. Muncy*
>
>James Fox
>25035 Lesh Court
>Crofton, Maryland 21114

>　　　　　　　　/s/
>Alison Wickizer Toepp (VSB # 75564)
>REED SMITH LLP
>Riverfront Plaza, West Tower
>901 East Byrd Street, Suite 1700
>Richmond, Virginia 23219
>Telephone: (804) 344-3400
>Facsimile: (804) 344-3410
>atoepp@reedsmith.com
>*Counsel for U.S. Bank, National Association, Home*
>*Loan Services, Inc. and Mortgage Electronic*
>*Registration Systems, Inc.*