IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ASHBY L. RICHERSON, JR.,** and
**TONI L. RICHERSON,**

    Plaintiffs,

v.                                                                Civil Action No. 3:10cv888

**U.S. BANK NATIONAL ASSOCIATION,** et al,

    Defendants.

### NOTICE OF APPEARANCE

    Robin A. Abbott, Esq., of Consumer Litigation Associates, P.C., 12515 Warwick Boulevard, Suite 100, Newport News, VA 23606, hereby notes her appearance as counsel in this case on behalf of the Plaintiffs.

    Please copy her with all matters in this case.

                                           ASHBY L. RICHERSON, JR.
                                           TONI L. RICHERSON

                                                   /s/
                                           Robin A. Abbott, Esq.
                                           VSB #46596
                                           Attorney for Ashby and Toni Richerson
                                           Consumer Litigation Associates, P.C.
                                           12515 Warwick Boulevard, Suite 100
                                           Newport News, Virginia 23606
                                           (757) 930-3660 - Telephone
                                           (757) 930-3662 – Facsimile
                                           rabbottlaw@msn.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alison Wickizer Toepp, Esq.
VSB #75564
Reed Smith LLP
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
(804) 344-3400
(804) 344-3410 fax
atoepp@reedsmith.com

Richard D. Holzheimer, Jr., Esq.
VSB #40803
Reed Smith, LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
(703) 641-4200
(703) 641-4340 fax
rholzheimer@reedsmith.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

James W. Fox,
25035 Lesh Court
Crofton, MD 21114

Johnie R. Muncy, Esq.
Friedman & MacFadyen, P.A.
Surry Building, Suite 125
1601 Rolling Hills Drive
Richmond, VA 23229
(804) 288-0088
(804) 288-0052
jmuncey@fmlaw.com

                                                /s/
                                 Robin A. Abbott, Esq.
                                 VSB #46596
                                 Attorney for Ashby and Toni Richerson
                                 Consumer Litigation Associates, P.C.
                                 12515 Warwick Boulevard, Suite 100
                                 Newport News, Virginia 23606
                                 (757) 930-3660 – Telephone
                                 (757) 930-3662 – Facsimile
                                 rabbottlaw@msn.com