IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ASHBY L. RICHERSON, JR.,**

**TONI L. RICHERSON**,

    Plaintiffs,

v.                                                  Civil Action No.: 3:10cv888-HEH

**U.S. BANK NATIONAL ASSOCIATION**, et al,

    Defendants.

## MOTION TO AMEND COMPLAINT

    Plaintiffs Ashby L. Richerson, Jr., and Toni L. Richerson, by counsel, move this court for leave to file their First Federal Amended Complaint, a copy of which is attached as Exhibit "A", for the reasons stated in the accompanying Memorandum in Support of Motion to Amend.

                                                             ASHBY L. RICHERSON, JR.
                                                             TONI L. RICHERSON

                                                            /s/
                                                          Gary L. Abbott, Esq.
                                                          VSB #68829
                                                          Attorney for Ashby and Toni Richerson
                                                          Consumer Litigation Associates, P.C.
                                                          12515 Warwick Boulevard, Suite 100
                                                         Newport News, Virginia 23606
                                                         (757) 930-3660 - Telephone
                                                         (757) 930-3662 – Facsimile
                                                         garyabbott9@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alison Wickizer Toepp, Esq.
VSB #75564
Reed Smith LLP
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
(804) 344-3400
(804) 344-3410 fax
atoepp@reedsmith.com

Richard D. Holzheimer, Jr., Esq.
VSB #40803
Reed Smith, LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
(703) 641-4200
(703) 641-4340 fax
rholzheimer@reedsmith.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Johnie R. Muncy, Esq.
Friedman & MacFadyen, P.A.
Surry Building, Suite 125
1601 Rolling Hills Drive
Richmond, VA 23229
(804) 288-0088
(804) 288-0052
jmuncey@fmlaw.com

                                                  /s/
                                     Gary L. Abbott, Esq.
                                     VSB #68829
                                     Attorney for Ashby and Toni Richerson
                                     Consumer Litigation Associates, P.C.
                                     12515 Warwick Boulevard, Suite 100
                                     Newport News, Virginia 23606
                                     (757) 930-3660 - Telephone
                                     (757) 930-3662 – Facsimile
                                     garyabbott9@msn.com