IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ASHBY L. RICHERSON, JR., and
TONI L. RICHERSON,

    Plaintiffs,

v.                                                                       Civil Action No. 3:10cv888

U.S. BANK NATIONAL ASSOCIATION, et al,

    Defendants.

## AGREED ORDER TO AMEND AND REMAND

CAME NOW the Plaintiffs, Ashby L. Richerson, Jr., and Toni L. Richerson, by counsel, and the Defendants, U.S. National Bank Association, Home Loan Services, Inc., and Mortgage Electronic Registration Systems, Inc., upon the Plaintiffs' Motion to Amend their Complaint and Motion to Remand.

UPON the Motion of the Plaintiffs and with the Consent of Defendants, it is hereby,

ORDERED that Plaintiffs' Motion to Amend their Complaint be, and hereby is, GRANTED, and it is further,

ORDERED that Plaintiffs' First Amended Federal Complaint be hereby FILED, and it is further,

ORDERED that Plaintiffs Motion to Remand be, and hereby is, GRANTED, and it is further,

ORDERED that the case is hereby REMANDED and DISMISSED.

ENTERED this 7th day of February, 2011.

                                                                     /s/
                                          United States District Court Judge

WE ASK FOR THIS:

_____
Gary L. Abbott, Esquire
Virginia State Bar #68829
Attorney for Ashby and Toni Richerson
Consumer Litigation Associates, PC
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
garyabbott9@msn.com


SEEN AND AGREED:

_____
Alison Wickizer Toepp, Esq.
VSB #75564
Reed Smith LLP
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219
(804) 344-3400
(804) 344-3410 fax
atoepp@reedsmith.com

Richard D. Holzheimer, Jr., Esq.
VSB #40803
Reed Smith, LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
(703) 641-4200
(703) 641-4340 fax
rholzheimer@reedsmith.com